UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARINA HERNANDEZ,    ) | 1:07-CV-00379 LJO SMS PC |
| )    Plaintiff,        ) | ORDER DISREGARDING DOCUMENT FILED IN SPANISH |
| v.                    ) | |
| )                     ) | CLERK IS DIRECTED TO PROVIDE A COPY OF DOCUMENT 4 TO PLAINTIFF |
| FRESNO COUNTY JAIL, et al., ) | |
| )    Defendants.      ) | (Doc. 4) |

Plaintiff is a prisoner proceeding pro se. On July 12, 2007, plaintiff submitted a letter to the court written in Spanish (Doc. 4). The court, however, does not accept filing in any language other than English. The court is unable to read or comprehend the nature of these documents, and there are no appropriated funds available to translate documents plaintiff files with the court which are written in a language other than English.

The court will direct the Clerk of the Court to return a copy of plaintiff's letter to plaintiff. The court will also grant twenty (20) days from the date of service of this order within which to resubmit the document in English. Plaintiff is advised that if she fails to resubmit the document in English the court cannot consider the letter filed in Spanish.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's letter submitted July 12, 2007 (Doc.4) is DISREGARDED;

2. The Clerk of the Court is DIRECTED to provide plaintiff with a copy of her letter filed on July 12, 2007 (Doc. 4); and

3. Plaintiff is GRANTED twenty (20) days from the date of service of this order to resubmit her letter in English.

IT IS SO ORDERED.

**Dated:   August 9, 2007**              **/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE