UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KARINA HERNANDEZ, | ) | 1:07-cv-00379-LJO-SMS-PC |
| Plaintiff, | ) ) | ORDER FOR PLAINTIFF TO SUBMIT NOTICE OF CHANGE OF ADDRESS TO COURT |
| vs. | ) ) | |
| FRESNO COUNTY JAIL, et al., | ) ) ) | ORDER FOR CLERK TO SEND PLAINTIFF A CHANGE OF ADDRESS FORM |
| Defendants. | ) ) ) | ORDER FOR CLERK TO SERVE COPIES OF TWO ORDERS ON PLAINTIFF AT AUNT'S ADDRESS |
| | ) ) | THIRTY DAY DEADLINE TO SUBMIT NEW NOTICE OF CHANGE OF ADDRESS |

Plaintiff Karina Hernandez ("plaintiff") is proceeding in propria persona in a civil rights action pursuant to 42 U.S.C. § 1983. On December 13, 2007, the court issued an order denying plaintiff's request to change her address-of-record to her aunt's address, and ordering plaintiff to pay the filing fee for this action or submit an application to proceed in forma pauperis to the court within thirty days. The United States Postal Service returned the order on December 21, 2007 as undeliverable. A notation on the envelope indicates that plaintiff is no longer in custody at the Fresno County Jail. Plaintiff has not submitted a notice of change of address to her new address.

Each party appearing in propria persona is under a continuing duty to notify the Clerk and all other parties of any change of address. Local Rule 83-182(f). Absent such notice, service of documents

at the prior address of the party is fully effective. Id. As the court advised plaintiff in the prior order, service at a location other than plaintiff's actual residence or place of incarceration can pose significant problems with ensuring that plaintiff receives all court documentation. If plaintiff fails to provide the court with her current mailing address, her case may be dismissed.

Accordingly, plaintiff shall be required to provide the court with her current mailing address within thirty days. The court shall attempt to serve a copy of this order on plaintiff by mailing it to her aunt's address. However, plaintiff's address-of-record at the court shall not be changed from the Fresno County Jail until plaintiff submits a new notice of change of address.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The Clerk shall send to plaintiff a Notice of Change of Address form;
2. Within thirty days, plaintiff shall submit a Notice of Change of Address notifying the court of plaintiff's current mailing address;
3. The Clerk shall serve copies of the following two orders on plaintiff in care of her aunt, Elizabeth Aguirre, at 1137 S. Lake Street, Los Angeles, CA 90006:
    (1) A copy of the court's order of December 13, 2007 (Doc. 9), and
    (2) A copy of this order.
4. Plaintiff is advised that her failure to comply with this order shall result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   January 4, 2008**                     /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE